ORIGINAL **SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | |
| DAVID ANIMASHAUN (01) OLUWALOBAMISE MICHAEL MOSES (02) IRABOR FATARR MUSA (03) IJEOMA OKORO (04) CHUKWUEMEKA ORJI (05) | CRIMINAL NO. 3:21-CR-435-N **(supersedes indictment filed September 15, 2021 as to these named defendants only)** |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count One
### Conspiracy to Commit Wire Fraud
### [Violation of 18 U.S.C. §§ 1349 and 1343]

1.     Beginning at least as early as January 23, 2017, and continuing through at least July 11, 2017, the exact dates being unknown to the Grand Jury, in the Northern District of Texas, and elsewhere, the defendants, **David Animashaun, Oluwalobamise Michael Moses, Irabor Fatarr Musa, Ijeoma Okoro, Chukwuemeka Orji,** Emanuel Orji, and Frederick Orji, did knowingly combine, conspire, confederate, and agree together, and with each other, and with others known and unknown to the Grand Jury, to commit the following offense, namely to knowingly and willfully devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and

attempting to execute the scheme to defraud, did knowingly and willfully transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds, specifically, wire transfers of funds from romance scam victims into accounts the co-conspirators controlled, in violation of Title 18, United States Code, Section 1343.

Purpose of Conspiracy and Scheme to Defraud

2.      The purpose of the conspiracy was to: (a) make materially false and fraudulent pretenses, representations, and promises to individuals targeted on dating websites about their identities to induce the targets of the romance scams to send them funds; and (b) use the proceeds received from the romance scams for their own benefit and for purposes other than those represented to the romance scam victims.

Manner and Means of the Conspiracy and Scheme to Defraud

3.      It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

   a. Co-conspirators targeted older, often widowed or divorced individuals, with savings, as romantic interests on dating websites such as Bumbledate.com and Match.com;

   b. Co-conspirators created false and fraudulent identities and backgrounds on dating websites to appear to be individuals living in the United States to gain the romance victims' confidence and trust;

    c.  Co-conspirators often communicated with their romance scam victims through the dating websites as well as via email and text but never met their victims in person;

    d.  After developing the romance victims' confidence and trust, the co-conspirators falsely and fraudulently claimed that they had to travel abroad for business and then falsely and fraudulently claimed they were unable to access their bank accounts in the United States;

    e.  Co-conspirators then directed the romance scam victims to send money to specific accounts under false and fraudulent pretenses;

    f.  Co-conspirators typically removed the funds received from romance scams victim from the account that initially received them within days by making cash withdrawals, buying cashier's checks, or transferring the funds to other accounts;

    g.  Once a romance scam victim had sent money to one co-conspirator, that victim was often instructed to send money to other co-conspirators;

    h.  After the co-conspirators depleted the victims of all funds the victims were able and willing to send, often depleting victims' of their entire savings, the co-conspirators stopped communicating with the victims.

4.     It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

a. Using the alias "George Mike," **Oluwalobamise Michael Moses** directed romance scam victim MK, an individual he met on Match.com, to open a bank account in the name Khushbu Trading Company, LLC;

b. On or about January 23, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK did two telephone transfers of $8,000 from Khushbu's account ending in 6856 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

c. On or about January 24, 2017, **Oluwalobamise Michael Moses** wired $11,405 from his account ending in 0502 at J.P. Morgan Chase into a bank ending in 1988 held at Capital One, whose sole signatory is **David Animashaun**;

d. On or about January 24, 2017, one or more co-conspirators using the name "Wayne Power" caused romance scam victim whose initials are JSK, met through Bumbledate.com, to wire $45,465 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 9570 at Regions Bank in Desoto, Texas, in the name of OCS Realty Co. whose sole signatory is **Chukwuemeka Orji**;

e. On or about January 25, 2017, **Chukwuemeka Orji** withdrew $44,000 from his account ending in 9570 at Regions Bank;

f.  On or about January 25, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK did a phone funds transfer of $9,000 from Khushbu's account ending in 6856 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

g.  On or about January 25, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK transferred $6,600 from her personal account ending in 8186 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

h.  On or about January 26, 2017, **Oluwalobamise Michael Moses** wired $15,000 from his account ending in 0502 at J.P. Morgan Chase into a bank ending in 1988 held at Capital One, whose sole signatory is **David Animashaun**;

i.  On or about January 26, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $34,487 from her Wells Fargo bank account ending in 9516 to an account ending in 9570 held at Regions Bank in the name of OCS Realty Co. whose sole signatory is **Chukwuemeka Orji**, purportedly for shipping insurance on a tent;

j.  On or about January 27, 2017, **Chukwuemeka Orji** withdrew $34,000 in two transactions from his account ending in 9570 held at Regions Bank;

k.  On or about January 31, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $27,650 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to Khushbu Trading Company, LLC's account ending in 6856 held at J.P. Morgan Chase Bank, N.A., purportedly for custom fees;

l.  On or about February 2, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK wired $33,791 to an account ending in 0502 held at J.P. Morgan Chase Bank, N.A., at Frankford Crossing in the name of sole signatory **Oluwalobamise Michael Moses**;

m.  From or about February 3, 2017, through February 6, 2017, **Oluwalobamise Michael Moses** made four withdrawals totaling $26,900 from his account ending in 0502;

n.  On or about February 17, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $53,892 from her Charles Schwab Institutional account ending in 9089 in Santa Barbara, California, to an account ending in 5270 held at J.P. Morgan Chase Bank, N.A., at Renner and Custer, Texas, in the name of Prime Global Shipping and Logistics, whose sole signatory is **Fatarr Irabor Musa**, purportedly for maintenance;

o.  On or about February 18, 20, and 21, 2017, **Fatarr Irabor Musa** wrote four checks on that account totaling $50,439;

p. On or about March 16, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $25,000 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 4431 held at Bank of America in Garland, Texas, in the name of IJ Global Link whose sole signatory is **Ijeoma Okoro**, purportedly for maintenance;

q. On or about March 17, 2017, **Okoro** withdrew $10,800 from her account ending in 4431 held at Bank of America; on March 20, 2017, **Okoro** withdrew another $15,000; and on March 20, 2017, **Okoro** purchased a cashier's check of $7,500 made payable to **David Animashaun**;

r. On or about March 20, 2017, **David Animashaun** deposited a cashier's check in the amount of $7,500 drawn on **Ijeoma Okoro**'s IJ Global Link account into his account ending in 1988 held at Capital One;

s. On or about March 20, 2017, **David Animashaun** transferred $2,500 to his own savings account ending in 3406 at Capital One and withdrew the remaining $5,000;

t. On or about March 23, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $40,000 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name of UFO Trading whose sole signatory is Frederick Orji, purportedly for additional parts;

u. On or about March 27, 2017, Frederick Orji wired $37,000 from his UFO Trading account at Citibank to a different UFO Trading account he controlled at Wells Fargo ending in 5588;

v. On or about March 28, 2017, Frederick Orji withdrew $20,000 from his Wells Fargo ending in 5588, and on March 30, 2017, he withdrew another $14,000;

w. On or about June 5, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $35,000 from her Bank of America bank account ending in 2149 in Fountain Valley, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name of UFO Trading (and nicknamed Wayne Enterprises LLC) whose sole signatory is Frederick Orji, purportedly to pay for tents;

x. On or about June 7, 2017, Frederick Orji sent a wire $29,750 from account ending in 1122 to an account ending 3250 held at Houston Federal Credit Union in Sugarland, Texas, in the name of "Bunsunad;"

y. On or about June 9, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $10,000 from her Bank of America bank account ending in 2149 in Fountain Valley, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name of UFO Trading (and nicknamed Wayne Enterprises LLC) whose sole signatory is Frederick Orji, purportedly to pay for tents;

z.  On or about June 12, 2017, Frederick Orji wired $6,100 from his Citibank account ending in 1122 to an account ending 9165 held at Bank of America in Brooklyn, New York, in the name of "chika peace madu." On June 14, 2017, Frederick Orji wired $7,598 from the account ending in 1122 to an account ending 3250 held at Houston Federal Credit Union in Sugarland, Texas, in the name of "Bunsunad;"

aa. On or about July 10, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $7,000 from her Bank of America bank account ending in 9593 in Fountain Valley, California, to an account ending in 6763 held at J.P. Morgan Chase Bank, N.A., in Arlington, Texas, in the name of E.O.S. Trading Company whose sole signatory is Emanuel Orji, purportedly to pay for a contract;

bb. On or about July 11, 2017, Emanuel Orji, through three different financial transactions, withdrew $6,900 from his account ending in 6763 at J.P. Morgan Chase Bank, N.A.

All in violation of 18 U.S.C. § 1349.

Count Two
Conspiracy to Launder Monetary Instruments
[Violation of 18 U.S.C. §§ 1956(h) and 1957]

5.    Beginning at least as early as January 24, 2017, and continuing through at least July 11, 2017, the exact dates being unknown to the Grand Jury, in the Northern District of Texas, and elsewhere, the defendants, **Irabor Fatarr Musa**, **Ijeoma Okoro**, **Chukwuemeka Orji**, and Frederick Orji, did knowingly combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States in violation of 18 U.S.C. § 1956(h), namely:

(a)    to knowingly engage, or attempt to engage, in a monetary transaction involving the proceeds of a specified unlawful activity, namely, conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349, in an amount greater than $10,000, by, through, or to a financial institution and that while engaging and attempting to engage in such monetary transaction, knew that the property involved in the transaction was criminally derived, in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

Count Three
Conspiracy to Commit Wire Fraud
[Violation of 18 U.S.C. §§ 1349 and 1343]

6.      Beginning on or about July 1, 2020, and continuing through on or about
September 27, 2021, the exact dates being unknown to the Grand Jury, in the Northern
District of Texas, Dallas Division, and elsewhere, the defendant, **Chukwumeka Orji**, did
knowingly combine, conspire, confederate, and agree with others known and unknown to
the Grand Jury, to commit the following offense, namely, to knowingly and willfully
devise a scheme and artifice to defraud and to obtain money and property by means of
materially false and fraudulent pretenses, representations, and promises, and for the
purpose of executing and attempting to execute the scheme to defraud did knowingly and
willfully transmit and cause to be transmitted by means of wire communication in
interstate and foreign commerce writings, signs, signals, pictures, and sounds, including
wire transfers of unemployment insurance payments from states other than Texas into
accounts the defendant, **Chukwumeka Orji**, and his co-conspirators controlled in the
Northern District of Texas, in violation of Title 18, United States Code, Section 1343.

Purpose of Conspiracy and Scheme to Defraud

7.      The purpose of the conspiracy was to: (a) make materially false and
fraudulent pretenses, representations, and promises to state workforce agencies to induce
those state agencies to authorize payment of unemployment insurance funds that were
sent to bank accounts that **Chukwumeka Orji**, and his co-conspirators controlled; and
(b) use the proceeds received from the unemployment insurance scams for their own

**Superseding Indictment - Page 11**

benefit and not for the benefit of the purported applicants represented to the state workforce agencies.

Manner and Means of the Artifice and Scheme to Defraud

8.      It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

   a.  The co-conspirators fraudulently obtained the names, addresses, dates of birth, and social security numbers, among other identifying information, belonging to real individuals without the knowledge or permission of those individuals;

   b.  The co-conspirators fraudulently used the names, addresses, dates of birth, and social security numbers to submit applications for unemployment benefits online via state workforce agency websites without the knowledge or permission of those individuals;

   c.  The co-conspirators fraudulently directed the state workforce agencies to disburse unemployment insurance funds to accounts that a co-conspirator controlled and not to an account opened, controlled, or authorized by the individual whose name was used to apply for unemployment benefits;

   d.  The co-conspirators converted the disbursed funds to their own use and benefit and not for the benefit of the individuals in whose names the unemployment funds were disbursed; and

    e.  The co-conspirators often withdrew, transferred, or spent the ill-gotten gains within hours or days of receiving the funds.

9.    It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

    a.    On or about July 1, 2020, an application for unemployment insurance was submitted via an online internet portal to the Illinois Department of Economic Security in the name of LD using LD's social security number and an address in Chicago, Illinois;

    b.    On or about December 28, 2020, an address change was submitted to the Illinois Department of Economic Security for LD that changed his address from Chicago, Illinois, to an address on Marvin D. Love Freeway, Dallas, Texas;

    c.    On or about January 26, 2021, Key Bank, on behalf of the Illinois Department of Economic Security, mailed a debit card ending in 9326 to LD at an address on Marvin D. Love Freeway, Dallas, Texas, for the purpose of receiving unemployment insurance benefit payments;

    d.    On or about February 2, 2022, Key Bank debit card 9326 was activated and associated with Key Bank account 4033, using the name, date of birth, and social security number of LD;

    e.    Between approximately February 4, 2021, and February 24, 2021, the Illinois Department of Economic Security disbursed approximately $36,316

to Key Bank account ending in 4033, which is associated with debit card 9326;

f.      Using Key Bank debit card 9326, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Texas, for his own benefit and not for the benefit of LD; and

g.      On or about February 24, 2021, the Illinois Department of Economic Security made a deposit into Key Bank account 4033 of $10,724, and on or about the same day, using Key Bank debit card 9326, at least one of the co-conspirators withdrew $993 at an ATM located at West Cliff Plaza, Dallas, Texas, and made a $1,003.74 purchase at a Walmart in Dallas.

10.    It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

a.      On or about August 12, 2020, Green Dot debit card ending in 9651 was purchased at a Kroger in Coppell, Texas;

b.      On or about August 26, 2020, Green Dot debit card 9651 was activated, which opened Green Dot bank account 5978, using the name, date of birth, and social security number of JW and an address on Northaven Court, Arlington, Texas;

c.      An application for unemployment insurance was submitted via an online internet portal to the Massachusetts Department of Unemployment

Assistance in the name of JW using JW's social security number and Green Dot bank account 5978;

d. Between approximately September 3, 2020, and September 22, 2021, the Massachusetts Department of Unemployment Assistance deposited approximately $57,916 to Green Dot account 5978; and

e. Using Green Dot debit card 9651, which was linked to Green Dot account 5978, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Lancaster, and Cedar Hill for his own benefit and not for the benefit of JW; and

f. On or about August 31, 2021, the Massachusetts Department of Unemployment Assistance made a deposit into Green Dot bank account 5978 of $1,155, and on or about the same day, using Green Dot debit card 9651, **Chukwumeka Orji** or one of his co-conspirators made a purchase of $1,003.74 at a Walmart in Dallas.

11. It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

a. On or about August 13, 2020, Green Dot debit card ending in 1752 was purchased at a Walmart in Cedar Hill, Texas, and activated, which opened Green Dot bank account 0029, using the name, date of birth, and social security number of JQ and an address on Silver Cliff Court, Arlington, Texas;

b. An application for unemployment insurance was submitted via an online internet portal to the Massachusetts Department of Unemployment Assistance in the name of JQ using his social security number and Green Dot bank account 0029;

c. Between approximately August 26, 2020, and September 22, 2021, the Massachusetts Department of Unemployment Assistance deposited approximately $58,771 to Green Dot account 0029; and

d. Using Green Dot debit card 1752, which was linked to Green Dot account 0029, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Lancaster, Cedar Hill, Arlington, and De Soto for his own benefit and not for the benefit of JQ; and

e. On or about September 8, 2021, the Massachusetts Department of Unemployment Assistance made a deposit into Green Dot bank account 0029 of $1,155, and on or about September 9, 2021, using Green Dot debit card 1752, **Chukwumeka Orji** or one of his co-conspirators made a purchase of $1,000 at a Walmart in Dallas.

12.    It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

a. On or about September 3, 2020, Green Dot debit card ending in 5337 was purchased at a Kroger in Dallas, Texas;

b.  On or about September 29, 2020, Green Dot debit card 5337 was activated, which opened Green Dot bank account 4286, using the name, date of birth, and social security number of FD and an address on Olusta Drive, Dallas, Texas;

c.  An application for unemployment insurance was submitted via an online internet portal to the Massachusetts Department of Unemployment Assistance in the name of FD using FD's social security number and Green Dot bank account 4286;

d.  Between approximately October 15, 2020, and September 27, 2021, the Massachusetts Department of Unemployment Assistance deposited approximately $49,341 to Green Dot account 4286; and

e.  Using Green Dot debit card 5337, which was linked to Green Dot account 4286, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Lancaster, Cedar Hill, and Red Oak for his own benefit and not for the benefit of FD; and

f.  On or about September 8, 2021, the Massachusetts Department of Unemployment Assistance made a deposit into Green Dot bank account 4286 of $1,155, and on or about September 9, 2021, using Green Dot debit card 5337, **Chukwumeka Orji** or one of his co-conspirators made a purchase of $1,003.74 at a Walmart in Dallas.

13.   It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

a.  Green Dot debit card ending in 3453 was activated October 20, 2020, which opened Green Dot DDA 1590, using the name, date of birth, and social security number of BZ and an address on E. Atoll Drive, Dallas, Texas;

b.  On or about October 29, 2020, an application for unemployment insurance was submitted via an online internet portal to the Illinois Department of Economic Security in the name of a different individual whose initials are also BZ (identified hereafter as BZ2) using BZ2's social security number;

c.  On or about October 30, 2020, Green Dot bank account 1590 was provided to the Illinois Department of Economic Security to receive unemployment insurance funds in the name of BZ2;

d.  Between approximately November 12, 2020, and September 15, 2021, the Illinois Department of Economic Security deposited approximately $33,315 to Green Dot account 1590;

e.  Using Green Dot debit card 3453, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Desoto, Duncanville, Cedar Hill and for his own benefit and not for the benefit of BZ or BZ2; and

    f.   On or about February 3, 2021, using Green Dot debit card 3453,

**Chukwumeka Orji** withdrew $993 at a Bank of America ATM on E.

Camp Wisdom Road, Duncanville, Texas.

14.    It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

    a.   Green Dot debit card ending in 7416 was activated October 28, 2020, which opened Green Dot DDA 1418, using the name, date of birth, and social security number of CP and an address on Winter Park Lane, Dallas, Texas;

    b.   On or about October 28, 2020, an application for unemployment insurance was submitted via an online internet portal to the Illinois Department of Economic Security in the name of CP using CP's social security number;

    c.   Green Dot bank account 1418 was provided to the Illinois Department of Economic Security to receive unemployment insurance funds in the name of CP;

    d.   Between approximately November 16, 2020, and August 5, 2021, the Illinois Department of Economic Security deposited approximately $29,290 to Green Dot account 1418;

    e.   Using Green Dot debit card 7416, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas,

Duncanville, and Cedar Hill for his own benefit and not for the benefit of CP; and

f.  On or about February 3, 2021, using Green Dot debit card 7416, **Chukwumeka Orji** withdrew $993 at a Bank of America ATM on E. Camp Wisdom Road, Duncanville, Texas.

15.   It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which **Chukwumeka Orji** and his co-conspirators carried out the conspiracy, that:

a.  On or about October 31, 2020, an application for unemployment insurance was submitted via an online internet portal to the Illinois Department of Economic Security in the name of GE using his social security number;

b.  A Green Dot debit card ending in 9069 was activated November 6, 2020, which opened Green Dot DDA 6552, using the name, date of birth, and social security number of GE and an address on Caldwell Circle, Carrollton, Texas;

c.  Green Dot bank account 6552 was provided to the Illinois Department of Economic Security to receive unemployment insurance funds in the name of GE;

d.  Between approximately November 12, 2020, and September 15, 2021, the Illinois Department of Economic Security deposited approximately $33,315 to Green Dot account 6552;

e. Using Green Dot debit card 9069, at least one of the co-conspirators withdrew cash and made purchases at banks and retail stores in Dallas, Desoto, Duncanville, and Grand Prairie for his own benefit and not for the benefit of GE; and

f. On or about February 17, 2021, the Illinois Department of Economic Security deposited $1,610 to Green Dot account 6552, and on or about the same day, using Green Dot debit card 9069, **Chukwumeka Orji** withdrew $993 at a Bank of America ATM on E. Camp Wisdom Road, Duncanville, Texas in Dallas.

All in violation of 18 U.S.C. § 1349.

Notice of Criminal Forfeiture
[18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1)]

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 1349 and 1343, the defendant(s), **David Animashaun**, **Oluwalobamise Michael Moses**, **Irabor Fatarr Musa**, **Ijeoma Okoro**, and **Chukwuemeka Orji**, shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the scheme to defraud.

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any offense in violation of 18 U.S.C. § 1956(h), the defendants, **Irabor Fatarr Musa**, **Ijeoma Okoro**, and **Chukwuemeka Orji**, shall forfeit to the United States of America any property, real or personal, involved in the money laundering conspiracy, and any property traceable to such property.

The property to be forfeited includes, but is not limited to:

- The property to be forfeited may take the form of a forfeiture "money" judgment; and

- Substitute property as allowed by 28 U.S.C. § 2461(c), 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

[nothing further on this page]

A TRUE BILL

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

MARY WALTERS
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: 214.659.8600
Email: mary.walters@usdoj.gov

JENNA RUDOFF
Special Assistant United States Attorney
Texas State Bar No. 2408034
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: 214.659.8600
Email: jenna.rudoff@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

DAVID ANIMASHAUN (01)
OLUWALOBAMISE MICHAEL MOSES (02)
IRABOR FATARR MUSA (03)
IJEOMA OKORO (04)
CHUKWUEMEKA ORJI (05)

---

SEALED SUPERSEDING INDICTMENT

18 U.S.C. § 1349 and 18 U.S.C. § 1343
Conspiracy to Commit Wire Fraud
(Count 1 and Count 3)

18 U.S.C. §§ 1956(h) and 1957
Conspiracy to Launder Monetary Instruments
(Count 2)

18 U.S.C. § 981 (a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1)
Forfeiture Notice

3 Counts

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this _1st_ day of November, 2022.

-------------------------------------------------------------------------

**Warrant to be Issued -** CHUKWUMEKA ORJI
**Summons to Issue -** DAVID ANIMASHAUN, OLUWALOBAMISE MICHAEL
MOSES, IRABOR FATARR MUSA

-------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:21-CR-435-N